UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAWRENCE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>    Defendants. | Case No.  13-cv-02302-CW<br><br>JUDGMENT |

   For the reasons discussed in the Court's Order granting Defendant's motions for summary judgment, judgment is hereby entered in favor of Defendant and against Plaintiff.  All parties shall bear their own costs.

   The Clerk of the Court shall close the file.

   IT IS SO ORDERED.

Dated:  November 14, 2014

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge